# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jeffrey S. Gundersen,

                Petitioner,                           Civil No. 05-1134 (RHK/RLE)

vs.                                                    **ORDER**

W.I. LeBlanc, Warden, FMC Rochester,

                Respondent.

---

Petitioner's Motion for Extension of Time to File Objections to Chief Magistrate Judge Raymond L. Erickson's March 3, 2006 Report and Recommendation is **GRANTED**; said Objections shall be served and filed by April 28, 2006.  As the "Notice" portion of the Report and Recommendation clearly provides, if a transcript of the Hearing is required to consider Objections, the party making the Objections (in this case <u>Petitioner</u>) shall timely order and file a complete transcript of the Hearing.

Dated: March 22, 2006

                                             <u>s/Richard H. Kyle</u>
                                             RICHARD H. KYLE
                                             United States District Judge