UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeffrey S. Gundersen, | Civil No. 05-1134 (RHK/RLE) |
| Petitioner, | |
| vs. | **ORDER** |
| W.I. LeBlanc, Warden, FMC-Rochester, | |
| Respondent. | |

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the Objections and all of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Objections (Doc. No. 24) are **OVERRULED;**

2. The Report and Recommendation (Doc. No. 21) is **ADOPTED;** and

3. Petitioner's application for Habeas Corpus Relief under Title 28 U.S.C. § 2241 (Doc. No. 1) is **SUMMARILY DISMISSED**.

Dated: May 1, 2006

                                               s/ Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge